UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00065

**Randy York,**
*Plaintiff,*

v.

**Henderson County Jail, et al.,**
*Defendants.*

Before BARKER, *District Judge*

**ORDER**

On February 25, 2019, plaintiff Randy York, then an inmate confined in the Henderson County Jail, filed this civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3. Six months later, defendants filed a motion to dismiss plaintiff's complaint for failure to prosecute. Doc. 26. Defendants contend that since plaintiff was released from the Henderson County Jail in June 2019, he has not provided the court or defendants with updated contact information and has stopped participating in this litigation.

On January 16, 2020, Judge Mitchell entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution. Doc. 35. That same day, the report was mailed to plaintiff's last known address. Neither party has filed objections.

There being no objections, and the court being satisfied that the report contains no clear error, the court **adopts** the report and recommendation as the opinion of the court. Defendants' motion to dismiss (Doc. 26) is **granted**. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute. All motions not previously ruled on are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on February 25, 2020.*

　　　　　　　　　　_____
　　　　　　　　　　　　　J. CAMPBELL BARKER
　　　　　　　　　　　　United States District Judge